E-FILED
Tuesday, 12 July, 2022  11:17:10 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 22-cv-02071 |
| | ) | Hon. Joe Billy McDade |
| v. | ) | |
| | ) | |
| BOARD OF TRUSTEES OF THE | ) | |
| UNIVERSITY OF ILLINOIS, and in | ) | |
| their individual and official capacities, | ) | |
| VIRGINIA VERMILLION, | ) | |
| VIKRAM AMAR, | ) | |
| VERITY WINSHIP, and | ) | |
| LESLEY WEXLER, | ) | |
| | ) | |
| Defendants. | ) | |

## RULE 41(a)(1)(A)(i) NOTICE OF DISMISSAL

Plaintiff, John Doe, by his attorneys and pursuant to Rule 41(a)(1)(A)(i) of the Federal

Rules of Civil Procedure, hereby provides notice of the dismissal of this action in its entirety and

with prejudice, all parties to bear their own costs and attorneys' fees.

Dated: July 12, 2022.                         Respectfully submitted,

                                              **NACHTLAW, P.C.**

                                              By: /s/ *David A. Nacht*
                                              David A. Nacht (P47034)
                                              Amanda M. Ghannam (P83065)
                                              Attorneys for Plaintiff
                                              101 N. Main St., Suite 555
                                              Ann Arbor, Michigan 48104
                                              (734) 663-7550
                                              dnacht@nachtlaw.com
                                              aghannam@nachtlaw.com

2

## **<u>CERTIFICATE OF SERVICE</u>**

David A. Nacht, an attorney, hereby certifies that he caused a copy of the foregoing **Notice of Dismissal** to be served on all counsel of record via the CM/ECF filing of this document on July 12, 2022.

*David A. Nacht*